1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN GREGORY FLESHER, | CASE NO. CV 22-07378-JWH(AS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| BRIAN BIRKHOLZ, WARDEN, | |
| RESPONDENT. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and **ACCEPTS** the findings and conclusions of the Magistrate Judge in the Report and Recommendation. It is hereby **ORDERED** as follows:

1. Respondent's Motion to Dismiss the Petition is **GRANTED**.

2. Judgment shall be entered **DENYING** the Petition and **DISMISSING** this action **with prejudice**.

3. The Clerk is **DIRECTED** to serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

DATED: March 15, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE