JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN GREGORY FLESHER,<br><br>               Petitioner,<br><br>    v.<br><br>BRIAN BIRKHOLZ, WARDEN,<br><br>               Respondent. | CASE NO. CV 22-07378-JWH(AS)<br><br>**JUDGMENT** |

1 | Pursuant to the Order Accepting Findings, Conclusions and
2 | Recommendations of United States Magistrate Judge,
3 | It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the
4 | Petition is **DENIED** and **DISMISSED with prejudice.**
5 | **IT IS SO ORDERED.**

DATED: March 15, 2023

*[signature]*

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2